UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PRAKASH NARAYAN, | Case No. 2:24-cv-2256-WBS-CSK |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING EXTENSION OF TIME TO FILE OBJECTIONS |
| USAA INSURANCE CO., et al., | (ECF No. 4.) |
| Defendants. | |

    On August 27, 2024, the undersigned issued findings and recommendations that this case be remanded to state court.[1] (ECF No. 4.) The findings and recommendations required any party wishing to object to file such objections with the Court within 14 days after being served. (*Id.* at 4.) On September 10, 2024, Plaintiff Prakash Narayan filed a motion for an additional 45 days to file objections. (ECF No. 5.) Plaintiff states he needs more time to compile a record from state court, asserting he intends to provide records "back to 1998 from State court and this court past 5 years." (*Id.*) Defendants opposed additional time, noting Plaintiff provided no legal basis for the additional time and noting his vexatious litigant status in state court. (ECF No. 6.)

/ / /

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

Plaintiff does not state, even in general terms, what relevance the additional records would have on the undersigned's findings and recommendations—which are based on the claims stated in Plaintiff's complaint. Thus, Plaintiff has failed to show good cause for an extension of time. *See* Fed. R. Civ. P. 6(b)(1).

## **ORDER**

Based upon the findings above, the Court ORDERS:

1. Plaintiff's motion for additional time to file objections to the pending findings and recommendations (ECF No. 4) is DENIED; and
2. The findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).

Dated: September 17, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, nara.2256