UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>USAA INSURANCE CO., et al.,<br><br>    Defendants. | Case No. 2:24-cv-02256-WBS-CSK<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(ECF No. 10) |

Presently before the Court is a motion for reconsideration filed by Plaintiff Prakash Narayan on October 4, 2024. (ECF No. 10). Plaintiff is seeking reconsideration of Magistrate Judge Chi Soo Kim's order denying Plaintiff's motion for extension of time to file objections to Judge Kim's August 27, 2024 Findings and Recommendations. *Id.* This action was closed on October 3, 2024. (ECF No. 9.)

A court may properly reconsider its decision if it (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. *Smith v. Clark Cnty. Sch. Dist.*, 727 F.3d 950, 955 (9th Cir. 2013). The choice to reconsider an order is left to the discretion of the court. *See id.* "A party seeking reconsideration must set forth facts or law of a strongly convincing nature to induce the court to reverse a prior decision." *Brookins v. Hernandez*, 2020 WL 1923211, at *1 (E.D. Cal. Apr. 21, 2020); *see also*

1

Local Rule 230(j) (requiring a party seeking reconsideration to show "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what grounds exist for the motion"). Here, Plaintiff presents no new or different facts or circumstances "of a strongly convincing nature" that did not exist when he filed his motion for extension of time in September 10, 2024. *Brookins*, 2020 WL 1923211, at *1. Nor has Plaintiff met the clear error, manifest injustice, or intervening change in the law standards. *See Smith*, 727 F.3d at 955. Thus, having reviewed Plaintiff's motion, the Court does not find that reconsideration is warranted.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration (ECF No. 10) is DENIED.

Dated:  April 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE