UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USAA INSURANCE CO., et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02256-WBS-CSK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REHEARING AND DEMAND FOR RECORDS<br><br>(ECF No. 16) |

Presently before the Court is Plaintiff Prakash Narayan's motion for rehearing and demand for records filed on May 2, 2025. (ECF No. 16). Plaintiff is seeking a rehearing and demand for records in relation to the Court's April 4, 2025 order denying Plaintiff's motion for reconsideration. *Id.* Plaintiff claims he is being discriminated against by the Court and makes several "demands" of state court documents. *Id.* at 1-2. This action has been closed since October 3, 2024. (ECF No. 9.) Plaintiff has failed to establish good cause to grant the relief requested.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for rehearing and demand for records (ECF No. 16) is DENIED. Plaintiff is cautioned that future motions filed in this closed case may be disregarded.

Dated: May 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE